UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                    Case No. 10-62592

Allen J Nagle
Deborah L Nagle

      Debtors                                                    Chapter 13 (Judge Caldwell)

## NOTICE OF CHANGE OF ADDRESS

The address for debtors Allen J. Nagle and Deborah L. Nagle has changed. The new address is:

**3590 Apple Orchard Street
Deltona FL  32738**

    /s/  Pamela N. Maggied
Pamela N. Maggied, Case Attorney (0013260)
**Pamela N. Maggied Co., L.P.A.**
50 West Broad Street Suite 2300
Columbus, Ohio 43215
maggiedlaw@midohio.twcbc.com
Telephone  614-464-2236 / 614-464-3823 fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Change of Address will be served electronically via CMECF, this 1st day of December, 2014, to Frank M. Pees, Chapter 13 Trustee; and to the US Trustee; and to any other party who requested electronic service of all pleadings in the case.

    /s/ Pamela N. Maggied
Pamela N. Maggied,  Case Attorney