UNITED STATES BANKRUPTCY COURT
FOR THE <u>Southern</u> DISTRICT OF <u>Ohio</u>

In RE:                                                                 Case No. <u>10-62592</u>

**Allen Nagle**

_____/

NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:
Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

TO:
Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

Date: 10.26.15

Creditor Signature

Legal Specialist
Title

FILED 2015 OCT 27 AM 11 23
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO